# Court of Appeals
# of the State of Georgia

ATLANTA, ___July 15, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1906.  LORENZO MARQUETTE ISHMAN v. THE STATE.**

On November 22, 2011, Lorenzo Ishman pled guilty to several felony offenses. Ishman filed a pro se notice of appeal on September 25, 2012.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Ishman filed his notice of appeal 308 days after entry of the order he wishes to appeal, his appeal is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

We note, however, that Ishman may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, supra: This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*＿＿＿＿ 07/15/2015 ＿＿＿＿
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*